■ MICHAEL J. GRASSO et al., Appellants-Respondents, v AMERICAN BRASS COMPANY, L. P., et al., Respondents and Third-Party Plaintiffs. SAFETY-KLEEN CORPORATION, Third-Party Defendant-Respondent-Appellant. (Appeal No. 2.) [624 NYS2d 987] —Appeal and cross appeal unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Erie County, Glownia, J.—Labor Law.) Present—Denman, P. J., Balio, Lawton, Callahan and Doerr, JJ.